Argued January 9, affirmed January 30, 1963

# KONIKSON *v.* UNITED STATES PLYWOOD CORPORATION

378 P. 2d 281

*Cecil Stickney,* Eugene, argued the cause and submitted briefs for the appellant.

*Richard Bryson,* Eugene, argued the cause for respondent. With him on the brief were Calkins & Bryson, Eugene.

Before McAllister, Chief Justice, and Rossman, Sloan, Denecke and Lusk, Justices.

## SLOAN, J.

Plaintiff prayed for reformation of a timber cutting contract between himself and defendant corporation. He also sought damages for an alleged failure of defendant to perform the contract as plaintiff would have

had it reformed. The trial court found that there was no evidence to support plaintiff's plea for reformation and dismissed the complaint.

We agree. The case is entirely factual. No issue of law is presented. The record has been examined. It is silent as to any cause for reformation.

Affirmed.